# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CEMENT MASONS LOCAL 527, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PALAZZOLO CONSTRUCTION, LLC, )<br>)<br>Defendant. ) | Case No. 4:16-CV-1437 NAB |

## MEMORANDUM AND ORDER

This closed matter is before the Court on Plaintiffs' Motion for Contempt. [Doc. 57.] The Court scheduled a hearing in this matter for July 10, 2018 at 11:30 a.m. and subsequently changed the time to 2:00 p.m. Plaintiff's counsel made an appearance before the Court at 2:00 p.m. No one made an appearance before the Court on Palazzolo Construction's behalf at the originally scheduled 11:30 a.m. or rescheduled 2:00 p.m. time. The Court later determined that Palazzolo Corporation likely did not receive notice of the time change. Based on the foregoing, the Court will reset the hearing on Plaintiffs' Motion for Contempt to Monday, July 23, 2018 at 9:30 a.m.

**IT IS HEREBY ORDERED** that the Court will hold a hearing on Plaintiffs' Motion for Contempt on **Monday, July 23, 2018 at 9:30 a.m.** in Courtroom 13-North.

**IT IS FURTHER ORDERED** that Defendant Palazzolo Construction, LLC shall appear before the Court to show cause why it should not be held in contempt of court for failure to appear for the deposition on May 17, 2018 and produce records as ordered by the Court on May 4, 2018.

**IT IS FURTHER ORDERED** that Defendant Palazzolo Construction, LLC shall retain counsel and counsel is required to be present at the contempt hearing scheduled for July 23, 2018. The court docket shows that Defendant Palazzolo Construction, LLC is listed as pro se. A corporation may be represented only by licensed counsel and cannot appear pro se. *United States v. Van Stelton*, 988 F.2d 70 (8th Cir. 1993) (citing *Carr Enterprises, Inc. v. United States*, 698 F.2d 952, 953 (8th Cir. 1983)).

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this Order to Defendant Palazzolo Construction, LLC at 11050 Mars Lane, Maryland Heights, Missouri 63042 via UPS Signature Required, in addition to service via regular mail.

Dated this 10th day of July, 2018.

    /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE